**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**A.V. RODRIGUEZ** **PLAINTIFF**

**v.**

**Case No. 4:25-cv-00687-LPR**

**MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; and TODD BLANCHE, in his official capacity as Attorney General of the United States** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 15th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE